# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1372
Lower Tribunal No. 2023-CF-009236-A-O

_____

CASEY LYNN HENNINGS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

STARGEL, GANNAM and PRATT, JJ., concur.


William R. Ponall and Laura L. Cepero, of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED